**P & R WELDING & FABRICATING and the Donegal Mutual Insurance Company, Respondents,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (Larry J. Pergola).**

**Petition of Larry J. PERGOLA.**

Supreme Court of Pennsylvania.

April 2, 1996.

Brook M. Boyer, Reading, for Petitioner.

***ORDER***

PER CURIAM.

AND NOW this 2nd day of April, 1996, the Petition for Allowance of Appeal is GRANTED limited to whether the gross or net methodology is to be utilized in determining an employers'/insurers' subrogation rights and liabilities where a claimant recovers in a third-party tort action.

NEWMAN, J., did not participate in the consideration or decision of this matter.